**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**VICKI DRISCOLL, ESQ.**
Nevada Bar No.  3939
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
WALGREEN CO.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL BALL, an individual, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **NOTICE OF REMOVAL OF** |
| WALGREEN CO., a Foreign Corporation | ) **ACTION UNDER 28 U.S.C. §** |
| d/b/a WALGREENS #50311, DOE | ) **1441 (B) (DIVERSITY)** |
| EMPLOYEES I through X, and ROE | ) |
| BUSINESS ENTITIES I through X, | ) |
| inclusive; | ) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALGREEN CO. hereby removes to this Court the state court action described below.

1. On September 25, 2020, an action was commenced in the District Court for Clark County, Nevada, entitled MICHAEL BALL vs. WALGREEN CO. d/b/a WALGREENS #50311, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X, as Case No: A-20-821968-C. A copy of the Complaint, Summons and Initial Appearance Fee

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

Disclosure are attached hereto as **Exhibits A, B and C.**

2. Defendant WALGREEN CO. received a copy of said Complaint on September 30, 2020, when Defendant's agent accepted service of said Summons and Complaint on its behalf. A copy of the Affidavit of Service is attached hereto as **Exhibit D.**

3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. The Complaint states that Plaintiff is a citizen of the State of Nevada. Defendant WALGREEN CO. was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Illinois, having its principal place of business at Deerfield, Illinois.

5. On October 20, 2020, Defendant WALGREEN CO. filed its Initial Appearance Fee Disclosure, Answer to Plaintiff's Complaint and Demand for Jury Trial. A copy of the Initial Appearance Fee Disclosure, Answer to Plaintiff's Complaint and Demand for Jury Trial are attached as **Exhibits E, F and G.**

6. On November 10, 2020, Plaintiff filed a Request for Exemption from Arbitration asserting that, to date, Plaintiff has incurred medical expenses of $41,810.10. It further alleges that Plaintiff still experiences pain and is planning to have a knee

replacement surgery with Dr. Martin, an orthopedic surgeon in the near future. Thus, it is reasonable to conclude that the amount in controversy exceeds $75,000. A copy of the Petition for Exemption from Arbitration is attached hereto as **Exhibit H.**

7.    Removal is timely as Defendant WALGREEN CO. filed this notice of removal within thirty days of Plaintiff filing his Petition for Exemption from Arbitration, at which time Walgreen Co. learned of the amount in controversy, and within one year of the Complaint's filing. 28 U.S.C. § 1446(b). (See Harris vs. Bankers Life & Cas. Co. 425 F.3d 689, 694 (9th Cir. 2005)).

DATED this 12th day of November, 2020.

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ Vicki Driscoll*
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.  5748
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
Attorneys for Defendant,
WALGREEN CO.

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 12th of November, 2020 I caused the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (B) (DIVERSITY)** to be served as follows:

[ ]  by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ]  by sending it via facsimile; and/or

[ ]  by hand delivery to the parties listed below; and/or

[x ]  via electronic service via the Case Management/Electronic Case Files system:

Kevin R. Hansen, Esq.
Amy M. Wilson, Esq.
**LAW OFFICES OF KEVIN R. HANSEN**
5440 W. Sahara Ave., Ste. 206
Las Vegas, Nevada 89146

*/s/ Vicki Perez*

_____
**An Employee of
RANALLI ZANIEL, FOWLER & MORAN**

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

# EXHIBIT A

Electronically Filed
9/25/2020 4:32 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
**KEVIN R. HANSEN, ESQ.**
Nevada Bar No. 6336
**AMY M. WILSON, ESQ.**
Nevada Bar No. 13421
**LAW OFFICES OF KEVIN R. HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
Tel: (702) 478-7777
Fax: (702) 728-2484
kevin@kevinrhansen.com
amy@kevinrhansen.com
*Attorneys for Plaintiff*

CASE NO: A-20-821968-C
Department 9

*(left margin, vertical)* LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MICHAEL BALL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a Foreign Corporation, d/b/a WALGREENS #50311, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | Case No.:<br>Dept No.:<br><br>**COMPLAINT** |

Plaintiff MICHAEL BALL, by and through his counsel of record, KEVIN R. HANSEN, ESQ., and AMY M. WILSON, ESQ., of the law firm LAW OFFICES OF KEVIN R. HANSEN, complains and avers of the Defendants as follows:

### I.

### PARTIES IN JURISDICTION

1.      The events and circumstances giving rise to this Complaint occurred in Clark County, Nevada on or about April 3, 2019.

1

2.      Plaintiff MICHAEL BALL (hereinafter, "Plaintiff"), at all times material herein was, and currently is a resident of Clark County, State of Nevada.

3.      Upon information and belief, Defendant WALGREEN CO., d/b/a WALGREENS #50311 (hereinafter, "Defendant"), is a Foreign Corporation duly licensed and conducting business in the State of Nevada.

4.      Defendants DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X, are set forth herein pursuant to rule 10 of the Nevada Rules of Civil Procedure. They constitute all persons or business entities currently unknown to Plaintiff who are believed to be responsible for the events and happenings referred to in this Complaint or otherwise have a claim to an interest in the subject matter of this Complaint. At such time when the names of said DOE EMPLOYEES and ROE BUSINESS ENTITIES have been ascertained, Plaintiff will request leave from the court to amend this Complaint and insert their true names and capacities and adjoin them in this action. All the defendants to this action, including the DOE EMPLOYEES and ROE BUSINESS ENTITIES, are referred to herein as "Defendants" or "Defendants and each of them."

5.      Jurisdiction is obtained and venue is properly set in the Eighth Judicial District Court for the State of Nevada.

**FACTS**

6.      Plaintiff incorporates and realleges all foregoing paragraphs as though these paragraphs were fully set forth herein.

7.      On or about April 3, 2019, Plaintiff was a lawful visitor at WALGREENS #50311 located at 1180 E. Flamingo Rd., Las Vegas, NV 89119 owned and operated by Defendant WALGREEN CO.

////

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

2

8.      As Plaintiff was leaving the store, but still on the premises, he tripped and fell due to the large amount of loose gravel present on the premises creating a hazerdous condition.

9.      Due to the hazardous condition on the premises, Plaintiff tripped and fell and sustained bodily injuries.

10.     There were no warning or hazard notices posted in the area where the Plaintiff tripped and fell.

11.     Defendant  WALGREEN CO., d/b/a WALGREENS #50311  owns the premises whereupon Plaintiff tripped and fell and was responsible for operating, controlling, and maintaining the premises .

12.     As a direct and proximate result of the actions of Defendants, and each of them, Plaintiff suffered injuries to his body. These injuries caused and will continue to cause him mental and physical pain and suffering in an amount of general damages in excess of $15,000.00.

13.     As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff had to employ physicians and other health care providers to examine, treat, and care for his injuries. As a result, he incurred medical and incidental expenses in an amount of special damages in excess of  $15,000.00.

14.     As a direct and proximate result of the actions of Defendants, and each of them, Plaintiff has had to incur expenses for attorneys' fees and costs of suit herein and is entitled to compensation for those expenditures in an amount to be determined by the Court.

## FIRST CAUSE OF ACTION
### *(Negligence)*

15.     Plaintiff incorporates and reallages all foregoing paragraphs as though these paragraphs were fully set forth herein.

////

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

3

16.     Defendant WALGREEN CO., d/b/a WALGREENS #50311 at all times relevant herein, owned and was responsible for operating, controlling, and maintaining the premises where Plaintiff tripped and fell on or about April 3, 2019.

17.     Defendants, and each of them, owed Plaintiff a duty of reasonable care to maintain the premises of WALGREENS #05311 in a reasonably safe condition.

18.     Defendants, and each of them, breached this duty by allowing a hazardous condition to be present on the premises without warning or notice.

19.     Defendants, and each of them, were responsible for the presence of the hazardous condition, or knew or should have known of the presence of the hazardous condition prior to the moment that Plaintiff tripped and fell.

20.     Each Defendant DOE EMPLOYEE was the agent, servant and/or employee of Defendant WALGREENS #05311, acting within the course and scope of such agency, service, and/or employment.

21.     As a direct and proximate result of the actions of Defendants, and each of them, Plaintiff suffered injuries to his body. These injuries caused and will continue to cause him mental and physical pain and suffering in an amount of general damages in excess of $15,000.00.

22.     As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff had to employ physicians and other health care providers to examine, treat, and care for his injuries. As a result, he incurred medical and incidental expenses in an amount of special damages in excess of $15,000.00.

23.     As a direct and proximate result of the actions of Defendants, and each of them, Plaintiff has had to incur expenses for attorneys' fees and costs of suit herein and is entitled to compensation for those expenditures in an amount to be determined by the Court.

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

4

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

## SECOND CAUSE OF ACTION
### *(Premises Liability)*

24.     Plaintiff incorporates all foregoing paragraphs of the Complaint as though these paragraphs were fully set forth herein.

25.     At all times herein relevant, Plaintiff was a lawful visitor at the WALGREENS #05311 located at 1180 E. Flamingo Rd., Las Vegas, NV 89119.

26.     At all times herein relevant, Defendants and each of them were responsible for the condition and safety of the premises at WALGREENS #05311 where Plaintiff tripped and fell on or about April 3, 2019.

27.     Defendants, and each of them, owed Plaintiff a duty of reasonable care to maintain the premises at WALGREENS #05311 in a reasonably safe condition.

28.     Defendants, and each of them, breached this duty by allowing the hazardous condition to be present and for failing to rectify the condition before Plaintiff tripped and fell.

29.     Defendants, and each of them, were responsible for the presence of the hazardous condition or knew or should have known of the presence of the hazardous condition prior to the moment that Plaintiff tripped and fell.

30.     Each Defendant DOE EMPLOYEE was the agent, servant and/or employee of Defendant WALGREENS #50311, acting within the course and scope of such agency, service, and/or employment.

31.     As a direct and proximate result of the actions of Defendants, and each of them, Plaintiff suffered injuries to his body. These injuries caused and will continue to cause him mental and physical pain and suffering in an amount of general damages in excess of $15,000.00.

32.     As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff had to employ physicians and other health care providers to examine, treat, and care for

his injuries. As a result, he incurred medical and incidental expenses in an amount of special damages in excess of $15,000.00.

33.     As a direct and proximate result of the actions of Defendants, and each of them, Plaintiff has had to incur expenses for attorneys' fees and costs of suit herein and is entitled to compensation for those expenditures in an amount to be determined by the Court.

WHEREFORE, Plaintiff, expressly reserving the right to amend this complaint prior to or at the time of trial of this action to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1.     For general damages sustained by Plaintiff in an amount in excess of $15,000.00;

2.     For special damages sustained by Plaintiff in an amount in excess of $15,000.00;

3.     For the cost of suit and reasonable attorney's fees and costs;

4.     For interest at the statutory rate; and

5.     For such other relief as the Court deems just and proper.

DATED this 25th day of September 2020.

LAW OFFICES OF KEVIN R. HANSEN

KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
AMY M. WILSON, ESQ.
Nevada Bar No. 13421
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
Tel: (702) 478-7777
Fax: (702) 728-2484
kevin@kevinrhansen.com
amy@kevinrhansen.com
*Attorneys for Plaintiff*

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

# EXHIBIT B

SUMM
**KEVIN R. HANSEN, ESQ.**
Nevada Bar No. 6336
**AMY M. WILSON, ESQ.**
Nevada Bar No. 13421
**LAW OFFICES OF KEVIN R. HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
Tel: (702) 478-7777
Fax: (702) 728-2484
kevin@kevinrhansen.com
amy@kevinrhansen.com
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

CASE NO: A-20-821968-C

| | |
|---|---|
| MICHAEL BALL, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a Foreign Corporation,<br>d/b/a WALGREENS #50311, DOE<br>EMPLOYEES I through X, and ROE<br>BUSINESS ENTITIES I through X, inclusive;<br><br>    Defendants. | Case No.:<br>Dept No.:    Department 9<br><br>**SUMMONS** |

**NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:**  A civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

**WALGREEN CO., d/b/a WALGREENS #50311**

1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the day of service you must do the following:

        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court.

        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

1

2.     If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

Issued at the direction of:

**LAW OFFICES OF KEVIN R. HANSEN**

STEVEN D. GRIERSON
CLERK OF THE COURT

BY _____ 9/28/2020

KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
AMY M. WILSON, ESQ.
Nevada Bar No. 13421
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DEPUTY CLERK                              DATE
County Courthouse
200 Lewis Ave, 3rd Floor, Suite 3125
Las Vegas, Nevada 89155
Marie Kramer

**LAW OFFICES OF KEVIN R. HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

2

# EXHIBIT C

Electronically Filed
9/25/2020 4:32 PM
Steven D. Grierson
CLERK OF THE COURT

1 **IAFD**
**KEVIN R. HANSEN, ESQ.**
2 Nevada Bar No. 6336
**AMY M. WILSON, ESQ.**
3 Nevada Bar No. 13421
**LAW OFFICES OF KEVIN R. HANSEN**
4 5440 West Sahara Avenue, Suite 206
5 Las Vegas, NV 89146
Tel (702) 478-7777
6 Fax (702) 728-2484
7 kevin@kevinrhansen.com
amy@kevinrhansen.com
8 *Attorneys for Plaintiff*

CASE NO: A-20-821968-C
Department 9

9

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

10

11 MICHAEL BALL, an Individual,

12                    Plaintiff,

13 vs.

14 WALGREEN CO., a Foreign Corporation,
d/b/a WALGREENS #50311, DOE
15 EMPLOYEES I through X, and ROE
BUSINESS ENTITIES I through X inclusive,
16

17                    Defendants.

Case No.:
Dept No.:

**INITIAL APPEARANCE FEE**
**DISCLOSURE**
**NRS CHAPTER 19**

18          Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for

19 parties appearing in the above-entitled action as indicated below:

20          MICHAEL BALL                                    $270.00

21

22          TOTAL REMITTED:                           $270.00

23          DATED this 25ᵗʰ day of September 2020.

24                                    **LAW OFFICES OF KEVIN R. HANSEN**

25                                    _____
26                                    KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
27                                    AMY M. WILSON, ESQ.
Nevada Bar No. 13421
28                                    *Attorneys for Plaintiff*

**LAW OFFICES OF KEVIN R. HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

7

# EXHIBIT D

# AFFIDAVIT OF SERVICE

Electronically Filed
10/1/2020 10:13 AM
Steven D. Grierson
CLERK OF THE COURT

| Case:<br>A-20-821968-C | Court:<br>Clark County District Court | County:<br>Clark, NV | Job:<br>4913... |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Ball | | Defendant / Respondent:<br>Walgreen Co., d/b/a Walgreens #50311 | |
| Received by:<br>Serve Vegas LLC | | For:<br>Law Offices of Kevin R. Hansen | |
| To be served upon:<br>Walgreen Co., d/b/a Walgreens #50311 | | | |

I, Richard Reese , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   KRIS OSBORN , Corporate: 112 N. Curry St, Carson City, NV 89703

**Manner of Service:**   Registered Agent, Sep 30, 2020, 12:54 pm PDT

**Documents:**   Complaint, Summons, Initial Appearance Fee Disclosure, Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: Sep 30, 2020, 12:54 pm PDT at Corporate: 112 N. Curry St, Carson City, NV 89703 received by KRIS OSBORN . Age: 33; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'5"; Hair: Blond; Eyes: Brown;
Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct.

_____     09/30/2020

Richard Reese     **Date**
PILB#1505

Serve Vegas LLC
9811 W. Charleston Blvd 2-732
Las Vegas, NV 89117
775-720-2620

# EXHIBIT E

Electronically Filed
10/20/2020 1:07 PM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
WALGREEN CO.

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MICHAEL BALL, an individual, | ) |
| | ) |
|     Plaintiff, | ) CASE NO.:  A-20-821968-C |
| | ) DEPT. NO.: IX |
| vs. | ) |
| | ) |
| WALGREEN CO., a Foreign Corporation | ) |
| d/b/a WALGREENS #50311, DOE | ) |
| EMPLOYEES I through X, and ROE | ) |
| BUSINESS ENTITIES I through X, | ) |
| inclusive; | ) |
| | ) |
|     Defendants. | ) |

**INITIAL APPEARANCE FEE DISCLOSURE**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

///

///

///

1

WALGREEN, CO.:                    $223.00

**TOTAL FEES REMITTED:          $223.00**

DATED this  _19th_  day of October, 2020.

                        **RANALLI ZANIEL FOWLER & MORAN, LLC**

                        /s/ *Jason Andrew Fowler, #8071*

                        _____
                        **GEORGE M. RANALLI, ESQ.**
                        Nevada Bar No. 5748
                        **JAMES F. HOLTZ, ESQ.**
                        Nevada Bar No. 8119
                        2400 W. Horizon Ridge Parkway
                        Henderson, Nevada 89052
                        Attorney for Defendant,
                        *WALGREEN CO.*

## CERTIFICATE OF SERVICE

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 19th day of October, 2020, I caused the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** to be served as follows:

[ ]  by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ]  pursuant to EDCR 7.26, by sending it via facsimile (w/out attachments); and/or

[ ]  by hand delivery to the parties listed below; and/or

[X]  pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via electronic service:

Kevin R. Hansen, Esq.
Amy M. Wilson, Esq.
**LAW OFFICES OF KEVIN R. HANSEN**
5440 W. Sahara Ave., Ste. 206
Las Vegas, Nevada 89146


/s/ Donna Hicks
_____
**An Employee of
RANALLI ZANIEL, FOWLER & MORAN**

3

# EXHIBIT F

Electronically Filed
10/20/2020 1:07 PM
Steven D. Grierson
CLERK OF THE COURT

**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
WALGREEN CO.

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MICHAEL BALL, an individual, | ) |
| | ) |
|     Plaintiff, | ) CASE NO.: A-20-821968-C |
| | ) DEPT. NO.: IX |
| vs. | ) |
| | ) |
| WALGREEN CO., a Foreign Corporation | ) |
| d/b/a WALGREENS #50311, DOE | ) |
| EMPLOYEES I through X, and ROE | ) |
| BUSINESS ENTITIES I through X, | ) |
| inclusive; | ) |
| | ) |
|     Defendants. | ) |
| | ) |

        COMES NOW, Defendant, WALGREEN CO., by and through their

attorneys, GEORGE RANALLI, ESQ. and JAMES HOLTZ, ESQ., of the law

offices of RANALLI ZANIEL FOWLER & MORAN, LLC, and for their Answer

to Plaintiff's Complaint on file herein, admits, denies and alleges

as follows:

        This answering Defendant denies each and every allegation

contained in Plaintiff's Complaint on file herein, save and except

for those matters that are expressly addressed hereinafter.

1

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

I.

**PARTIES IN JURISDICTION**

1.   As to the allegations of Paragraph 1 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

2.   As to the allegations of Paragraph 2 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

3.   As to the allegations of Paragraph 3 of the Complaint, Defendant admits being a foreign corporation licensed and conducting business in the State of Nevada, but has insufficient information or belief to admit or deny said remaining allegations, and on that ground denies each and every allegation in said Paragraphs.

4.   As to the allegations of Paragraph 4 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

5.   As to the allegations of Paragraph 5 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## **FACTS**

6.    As to the allegations of Paragraph 6 of the Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

7.    As to the allegations of Paragraph 7 of the Complaint, Defendant admits operating a Walgreens at 1180 East Flamingo Road, Las Vegas, Nevada on or about April 3, 2019, but has insufficient information or belief to admit or deny said remaining allegations, and on that ground denies each and every allegation in said Paragraph.

8.    As to the allegations of Paragraph 8 of the Complaint, Defendant denies each and every allegation in said Paragraph

9.    As to the allegations of Paragraph 9 of the Complaint, Defendant denies each and every allegation in said Paragraph.

10.   As to the allegations of Paragraph 10 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

11.   As to the allegations of Paragraph 11 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

///

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

12.   As to the allegations of Paragraph 12 of the Complaint, Defendant denies each and every allegation in said Paragraph.

13.   As to the allegations of Paragraph 13 of the Complaint, Defendant denies each and every allegation in said Paragraph.

14.   As to the allegations of Paragraph 14 of the Complaint, Defendant denies each and every allegation in said Paragraph.

## FIRST CAUSE OF ACTION
### (Negligence)

15.   Answering Paragraph 15 of Plaintiff's Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

16.   As to the allegations of Paragraph 16 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

17.   As to the allegations of Paragraph 17 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

18.   As to the allegations of Paragraph 18 of the Complaint, Defendant denies each and every allegation in said Paragraph.

19.   As to the allegations of Paragraph 19 of the Complaint, Defendant denies each and every allegation in said Paragraph.

20.   As to the allegations of Paragraph 20 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

21.   As to the allegations of Paragraph 21 of the Complaint, Defendant denies each and every allegation in said Paragraph.

22.   As to the allegations of Paragraph 22 of the Complaint, Defendant denies each and every allegation in said Paragraph.

23.   As to the allegations of Paragraph 23 of the Complaint, Defendant denies each and every allegation in said Paragraph.

## SECOND CAUSE OF ACTION
### (Premises Liability)

24.   As to the allegations of Paragraph 24, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

25.   As to the allegations of Paragraph 25 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

26.   As to the allegations of Paragraph 26 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

///

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

27.  As to the allegations of Paragraph 27 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

28.  As to the allegations of Paragraph 28 of the Complaint, Defendant denies each and every allegation in said Paragraph.

29.  As to the allegations of Paragraph 29 of the Complaint, Defendant denies each and every allegation in said Paragraph.

30.  As to the allegations of Paragraph 30 of the Complaint, Defendant has insufficient information or belief to admit or deny said allegations, and on that ground denies each and every allegation in said Paragraphs.

31.  As to the allegations of Paragraph 31 of the Complaint, Defendant denies each and every allegation in said Paragraph.

32.  As to the allegations of Paragraph 32 of the Complaint, Defendant denies each and every allegation in said Paragraph.

33.  As to the allegations of Paragraph 33 of the Complaint, Defendant denies each and every allegation in said Paragraph.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint on file herein fails to state a claim against Defendant upon which relief can be granted.

///

///

///

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## SECOND AFFIRMATIVE DEFENSE

The incident alleged in the Complaint, and the resulting damages, if any, to Plaintiff, was proximately caused or contributed to by the Plaintiff's own negligence, and such negligence was greater than the negligence, if any, of Defendants, and/or Defendant is entitled to an offset for the negligence of Plaintiffs if such negligence was less than that of Defendant.

## THIRD AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs have failed to mitigate his damages, if any.

## FOURTH AFFIRMATIVE DEFENSE

The occurrences referred to in the Complaint, and all damages, if any, resulting there from, were caused by the acts or omissions of third parties over whom this answering Defendants had no control.

## FIFTH AFFIRMATIVE DEFENSE

Attorney's fees are only recoverable through contract or by statute and are not recoverable as damages in a lawsuit for personal injury damages. Plaintiff's claims for attorney's fees and costs as alleged in Plaintiff's Complaint are not recoverable herein and have been improperly pled in Plaintiff's Complaint. Defendants specifically reserve the right to have Plaintiff's improperly pled claim for attorney's fees dismissed prior to trial. Plaintiff's claims are barred by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

An unforeseeable incapacity/sudden emergency as a bar to liability in negligence are based upon the principle that one is not negligent if an unforeseeable occurrence or sudden emergency causes an accident and/or injury.

### SEVENTH AFFIRMATIVE DEFENSE

If any damages are awarded to Plaintiff, they should be apportioned among the Defendants according to their percentage of liability and/or among the various accidents and/or pre-existing conditions.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants are not joint and severally liable and are only severally liable, if liable at all.

### NINTH AFFIRMATIVE DEFENSE

Any hazard alleged is trivial.

### TENTH AFFIRMATIVE DEFENSE

Any hazard defect was open and obvious.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs do not have a ripe cause of action.

### TWELVETH AFFIRMATIVE DEFENSE

If any hazard or danger existed to Plaintiff for which Defendant would be responsible, Plaintiff knew of the danger or hazard and her own unreasonable conduct was the cause of any injury, be it due to a hazardous, ultra-hazardous activity or condition or otherwise.

8

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## THIRTEENTH AFFIRMATIVE DEFENSE

All of the risks and dangers involved in the factual situation described in the Complaint were open, obvious and known to Plaintiff, and by reason thereof, Plaintiff assumed such risks and dangers incident thereto.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred and/or diminished by the doctrines of consent, waiver, laches, estoppel and/or unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's own unreasonable conduct constitutes the sole or majority of the cause for his alleged injuries.

## SIXTEENTH AFFIRMATIVE DEFENSE

The occurrences referred to in the Complaint, and all damages, if any, resulting there from, were caused by the acts or omissions of co-defendants, unnamed defendants, non-parties or third parties over whom this answering Defendant had no control.

## SEVENTEENTH AFFIRMATIVE DEFENSE

These Answering Defendants, not being fully advised as to all facts and circumstances surrounding the incident complained of, hereby assert and reserve unto themselves the defenses of accord nd satisfaction, arbitration and award, discharged and bankruptcy, duress, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, permit, consent, payment, release res judicata, statute of frauds, and other contract defenses

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

including but not limited to failure of contract formation, absence of privity, Plaintiff's lack of standing, absence, lack or failure of consideration, illusory promises, absence of mutual assent, mutual mistake and/or unilateral mistake wherein Plaintiff was aware of the mistake, misrepresentation and/or fraud, failure to perform, unconscionability, improper delegation of duties and/or assignment of rights, nonoccurrence of condition precedent, excuse, and discharge by performance, impossibility, impracticability, frustration, illegality, recision, modification, novation, release, cancellation, substituted contract, account stated, lapse, operation of law including but not limited to running of the statute of limitations, and/or occurrence of condition subsequent, consent of the Plaintiffs, that Plaintiffs have granted Defendant's an easement either expressly or implied in fact, that the conditions complained of were so open and obvious that Plaintiffs or their predecessors in interest consented to them, that any damages claimed by Plaintiffs are the fault of underlying contractors, construction companies, developers or laborers over whom Defendants had no control or authority and any other matter constituting an avoidance or affirmative defense which the further investigation of this matter may prove applicable herein.

///

///

///

## EIGHTEENTH AFFIRMATIVE DEFENSE

Any alleged hazardous condition was unknown to Defendant and if it existed, had existed for such a short period of time that Defendant cannot be held responsible for it.

## NINETEENTH AFFIRMATIVE DEFENSE

Pursuant to NRCP Rule 11, as amended, all possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendants' Answer and, therefore, Defendants reserve the right to amend their Answer to allege additional affirmative defenses or withdraw certain affirmative defenses if subsequent investigation warrants.

## PRAYER FOR RELIEF

**WHEREFORE**, this answering Defendant prays for judgment as follows:

1.   That Plaintiff take nothing by way of his Complaint on file herein;

2.   That Plaintiff's Complaint be dismissed with prejudice;

3.   For reasonable attorney's fees incurred in the defense of this action; and

///

///

///

///

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1        4.    For such other and further relief as the Court may deem

2   just and proper.

3        DATED this  19th  day of October, 2020.

4

5                      **RANALLI ZANIEL FOWLER & MORAN, LLC**

                  /s/ *Jason Andrew Fowler, #8071*

6

7                      _____

8                      **GEORGE M. RANALLI, ESQ.**
                  Nevada Bar No. 5748

9                      **JAMES F. HOLTZ, ESQ.**
                  Nevada Bar No. 8119

10                     2400 W. Horizon Ridge Parkway
                  Henderson, Nevada 89052

11                     Attorney for Defendant,
                  *WALGREEN CO.*

12

13

14

15

16

17

18

19

20

21

22

23

24

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## CERTIFICATE OF SERVICE

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 20th day of October, 2020, I caused the foregoing **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** to be served as follows:

[ ] by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ] pursuant to EDCR 7.26, by sending it via facsimile (w/out attachments); and/or

[ ] by hand delivery to the parties listed below; and/or

[X] pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via electronic service:

Kevin R. Hansen, Esq.
Amy M. Wilson, Esq.
**LAW OFFICES OF KEVIN R. HANSEN**
5440 W. Sahara Ave., Ste. 206
Las Vegas, Nevada 89146

/s/ Donna Hicks

_____
An Employee of
RANALLI ZANIEL, FOWLER & MORAN

# EXHIBIT G

Electronically Filed
10/20/2020 1:07 PM
Steven D. Grierson
CLERK OF THE COURT

**DMJT**
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
WALGREEN CO.

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MICHAEL BALL, an individual, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: A-20-821968-C |
| | ) DEPT. NO.: IX |
| vs. | ) |
| | ) |
| WALGREEN CO., a Foreign Corporation) | |
| d/b/a WALGREENS #50311, DOE | ) |
| EMPLOYEES I through X, and ROE | ) |
| BUSINESS ENTITIES I through X, | ) |
| inclusive; | ) |
| | ) |
| Defendants. | ) |

**DEMAND FOR JURY TRIAL**

Defendant, WALGREEN, CO., by and through its attorney of record, GEORGE M. RANALLI, ESQ., with the law firm of RANALLI ZANIEL FOWLER & MORAN, LLC, hereby demands a jury trial of all

///

///

///

1

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1  of the issues in the above-entitled matter.

2        DATED this  19th  day of October, 2020.

3                                    RANALLI ZANIEL FOWLER & MORAN, LLC

4

5                                    /s/ *Jason Andrew Fowler, #8071*

6                                    _____
                                     **GEORGE M. RANALLI, ESQ.**
7                                    Nevada Bar No. 5748
                                     **JAMES F. HOLTZ, ESQ.**
8                                    Nevada Bar No. 8119
                                     2400 W. Horizon Ridge Parkway
9                                    Henderson, Nevada 89052
                                     Attorney for Defendant,
10                                   *WALGREEN CO.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee of RANALLI ZANIEL FOWLER & MORAN, LLC, and that on the 19th day of October, 2020, I caused the foregoing **DEMAND FOR JURY TRIAL** to be served as follows:

[ ]  by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ]  pursuant to EDCR 7.26, by sending it via facsimile (w/out attachments); and/or

[ ]  by hand delivery to the parties listed below; and/or

[X]  pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via electronic service:

Kevin R. Hansen, Esq.
Amy M. Wilson, Esq.
**LAW OFFICES OF KEVIN R. HANSEN**
5440 W. Sahara Ave., Ste. 206
Las Vegas, Nevada 89146


/s/ Donna Hicks
_____
**An Employee of**
**RANALLI ZANIEL, FOWLER & MORAN**

3

**EXHIBIT H**

Electronically Filed
11/10/2020 3:54 PM
Steven D. Grierson
CLERK OF THE COURT

**ABREA**
KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
AMY M. WILSON, ESQ.
Nevada Bar No. 13421
**LAW OFFICES OF KEVIN R HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
Tel: (702) 478-7777
Fax: (702) 728-2484
kevin@kevinrhansen.com
amy@kevinrhansen.com
*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

MICHAEL BALL, an Individual,

　　　　　　Plaintiff,

vs.

WALGREEN CO., a Foreign Corporation,
d/b/a    WALGREENS    #50311,    DOE
EMPLOYEES I through X, and ROE
BUSINESS ENTITIES I through X inclusive,

　　　　　　Defendants.

Case No.: A-20-821968-C
Dept. No.: IX

---

**PLAINTIFF'S REQUEST FOR EXEMPTION FROM ARBITRATION**

　　　　Plaintiff MICHAEL BALL, hereby requests the above-captioned matter be exempted from arbitration, pursuant to Nevada Arbitration Rules 3 and 5, as this case:

　　　　1. ＿＿＿＿＿＿　　　presents a significant issue of public policy;

　　　　2. ＿＿X＿＿＿　　　involves an amount in issue in excess of $50,000.00, exclusive of interest and costs;

　　　　3. ＿＿＿＿＿＿　　　presents unusual circumstances, which constitute good cause for removal from the program.

////

////

////

1

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

## SUMMARY OF FACTS

On or about April 3, 2019, Plaintiff Michael Ball was a lawful customer at the WALGREENS location #50311. As Mr. Ball was leaving the store, he tripped and fell due to the large amount of gravel present on the premises which created a dangerous hazard.

Plaintiff suffered multiple physical injuries, mental anguish, loss of enjoyment of life and recreational activities due to the negligence of the Defendants.

## INITIAL TRAUMA & PAIN AND SUFFERING

Due to the negligence and failure to exercise due care by the defendant, Plaintiff has suffered physical and emotional distress as a result of this accident.

The pain and injuries suffered by Plaintiff were caused by the negligence of the defendant and forced Plaintiff to seek medical intervention.  His ability to perform normal daily activities was greatly affected and he continues to struggle with pain in the months following the accident.

Plaintiff has endured ongoing pain, suffering, anxiety, worry and problems that resulted in a lessened quality of life.  Plaintiff would not have suffered these injuries if not for the negligence of the defendant.

## INJURIES AND TREATMENT

After the incident, Mr. Ball presented to Sunrise Hospital and Medical Center where he reported that he had slipped on loose gravel and fell hitting his head. He reported lower back and neck pain, headache, and left knee, ankle and foot pain, as well as scrapes to his left knee. Mr. Ball was examined by ER physicians and X-rays were performed. Mr. Ball was diagnosed with back pain, closed head injury, knee strain, and thyroid cyst. Mr. Ball was given a prescription for Flexeril and Tylenol and instructed to follow up with his Primary Care Physician.

////

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

Mr. Ball treated with Dr. Lipshutz at Monos Health Institute. Mr. Ball reported that his knee pain had worsened since his recent fall and that he had severe neck and low back pain as well. Dr. Lipshutz performed a thorough exam and evaluation and diagnosed Mr. Ball with the following:

- • Pain in right knee
- • Pain in left knee
- • Spondylosis w/o myelopathy or radiculopathy, Cervical
- • Spondylosis w/o myelopathy or radiculopathy, Lumbar
- • Fibromyalgia

Mr. Ball continued to treat with Dr. Lipshutz through October 1, 2019 who managed his pain medications.

Mr. Ball returned to the ER at Sunrise Hospital on July 7, 2019 with complaints of leg, neck, and back pain, as well as headaches every night since the head injury from this fall incident.

Mr. Ball is planning to have a knee replacement surgery with Dr. Martin, an orthopedic surgeon in the near future.

## PLAINTIFF'S SUMMARY OF DAMAGES

Liability is clearly established. The negligence of Defendant caused Plaintiff to fall, which could have been avoided had Defendant exercised its duty of care to reasonably maintain the premises in a safe manner, free of hazardous debris.  As a result, Plaintiff suffered severe bodily injury and other damages.

////

////

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

Below please find a summary of Plaintiff, BALL'S medical specials related to the subject accident to date:

| Provider | Amount |
|---|---|
| Sunrise Hospital | $23,038.00 |
| Fremont Emergency Physicians | $1,938.00 |
| Radiology Specialists | $487.00 |
| Monos Health Institute | $16,347.10 |
| | |
| **FUTURE COSTS** | **TBD** |
| | |
| **LOST WAGES** | **TBD** |
| | |
| **TOTAL** | **$41,810.10** |

## CONCLUSION

In addition to Plaintiff's medical expenses, potential future medical costs, and lost wages Plaintiff is entitled to general damages. General damages are difficult to calculate and precisely quantify and depend on the specific circumstances of the claim/claimant. The trier of fact will ultimately determine the amount of money necessary to compensate a Plaintiff(s) for general damages. Here, the facts and circumstances certainly warrant a large award of general damages for Plaintiff's pain, suffering, grief, anxiety, and inconvenience which in addition to the medical specials, potential future medical costs, and lost wages, will certainly exceed $50,000.00. Therefore, Plaintiff's damages warrant exemption from arbitration.

////

////

////

I hereby certify, pursuant to NRCP 11, this case to be within the exemptions marked above and am aware of the sanctions that may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

DATED this 10th day of November, 2020.

LAW OFFICES OF KEVIN R. HANSEN

KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
AMY M. WILSON, ESQ.
Nevada Bar No. 13421
5440 West Sahara Avenue, Suite 206
Las Vegas, NV 89146
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of THE LAW OFFICES OF KEVIN R. HANSEN, and on the 10ᵗʰ day of November, 2020, the foregoing REQUEST FOR EXEMPTION FROM ARBITRATION was served via Odyssey E-Serve and/or U.S. Mail addressed to:

James F. Holtz, Esq.
George M. Ranalli, Esq.
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Pkwy.
Henderson, NV 89025
*Attorneys for Defendant*

An Employee of Law Offices of Kevin R. Hansen

LAW OFFICES OF KEVIN R. HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484