**SUB**
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Josh.aicklen@lewisbrisbois.com
david.avakian@lewisbrisbois.com
micah.walker@lewisbrisbois.com
Attorneys for Defendant
WALGREEN, CO. d/b/a
WALGREENS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BALL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a foreign corporation d/b/a WALGREENS #50311; DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02081<br><br>**SUBSTITUTION OF ATTORNEYS** |

    Defendant WALGREEN, CO. d/b/a WALGREENS, hereby substitutes Josh Cole Aicklen, Esq., David B. Avakian, Esq. and Micah Mtatabikwa-Walker, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP as sole counsel of record for said Defendant WALGREEN, CO. d/b/a WALGREENS in the place and stead of George M. Ranalli, Esq.,

4831-7530-9527.1

Vicki Driscoll, Esq. and James F. Holtz, Esq. of RANALLI ZANIEL FOWLER & MORAN in the above-entitled matter.

Dated this 15 day of January, 2021

By _____
WALGREEN, CO. d/b/a WALGREENS

## CONSENT TO SUBSTITUTION

George M. Ranalli, Esq., Vicki Driscoll, Esq. and James F. Holtz, Esq. of RANALLI ZANIEL FOWLER & MORAN hereby agree and consent to the substitution of Josh Cole Aicklen, Esq., David B. Avakian, Esq. and Micah Mtatabikwa-Walker, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of record for Defendant WALGREEN, CO. d/b/a WALGREENS in the above-entitled action.

Dated this ___ day of January, 2021

RANALLI ZANIEL FOLWER & MORAN

By _____
George M. Ranalli, Esq.
Nevada Bar No. 5748
Vicki Driscoll, Esq.
Nevada Bar No. 3939
James F. Holts, Esq.
Nevada Bar No. 8119
2400 W. Horizon Ridge Pkwy
Henderson, NV 89025

Vicki Driscoll, Esq. and James F. Holtz, Esq. of RANALLI ZANIEL FOWLER & MORAN in the above-entitled matter.

Dated this ___ day of January, 2021

By _____
WALGREEN, CO. d/b/a WALGREENS

## CONSENT TO SUBSTITUTION

George M. Ranalli, Esq., Vicki Driscoll, Esq. and James F. Holtz, Esq. of RANALLI ZANIEL FOWLER & MORAN hereby agree and consent to the substitution of Josh Cole Aicklen, Esq., David B. Avakian, Esq. and Micah Mtatabikwa-Walker, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of record for Defendant WALGREEN, CO. d/b/a WALGREENS in the above-entitled action.

Dated this 21st day of January, 2021

RANALLI ZANIEL FOLWER & MORAN

By      /s/ Vicki Driscoll
George M. Ranalli, Esq.
Nevada Bar No. 5748
Vicki Driscoll, Esq.
Nevada Bar No. 3939
James F. Holts, Esq.
Nevada Bar No. 8119
2400 W. Horizon Ridge Pkwy
Henderson, NV 89025

4831-7530-9527.1                                2

## ACCEPTANCE OF SUBSTITUTION

Josh Cole Aicklen, Esq., David B. Avakian, Esq. and Micah Mtatabikwa-Walker, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accept the substitution as sole counsel of record for Defendant WALGREEN, CO. d/b/a WALGREENS in the above-entitled action.

DATED this 21st day of January, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

ORDER

**IT IS SO ORDERED**

**DATED:** 10:36 am, January 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**