JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
E-Mail: Josh.Aicklen@lewisbrisbois.com
E-Mail: David.Avakian@lewisbrisbois.com
E-Mail: Micah.Walker@lewisbrisbois.com
Attorneys for Defendant
WALGREEN. CO. d/b/a
WALGREENS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BALL, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a foreign corporation d/b/a WALGREENS #50311; DOE EMPLOYEES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>        Defendants. | CASE NO.:  2:20-cv-02081<br><br>JOINT STATUS REPORT REGARDING SETTLEMENT |

Pursuant to the Minute Order in Chambers (ECF No. 15) dated January 30, 2021, Defendant WALGREEN CO. d/b/a WALGREENS ("Defendant") and Plaintiff MICHAEL BALL, by and through their respective counsel of record, submit the following Joint Status Report Regarding Settlement.

Counsel for Defendant submitted proposed settlement documents including the stipulated dismissal to counsel for Plaintiff which were approved. Defendant is currently waiting for the settlement check and will submit the stipulated dismissal once the settlement check has been received and exchanged for the executed settlement



4814-3786-8254.1

documents. As a result, the parties request an additional twenty-one (21) days to submit the stipulation to dismiss the action based on the settlement.

DATED this 3rd day of March 2021.  　　　DATED this 3rd day of March, 2021.

LAW OFFICES OF KEVIN R. HANSEN　　LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Amy M. Wilson　　　　　　　　　　　　/s/ JOSH COLE AICKLEN
KEVIN R. HANSEN, ESQ.　　　　　　　　JOSH COLE AICKLEN, ESQ.
Nevada Bar No, 006336　　　　　　　　　Nevada Bar No. 007254
AMY M. WILSON　　　　　　　　　　　　DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 013421　　　　　　　　　Nevada Bar No. 009502
5440 W. Sahara Ave., Suite 206　　　　　MICAH K. MTATABIKWA-WALKER, ESQ.
Las Vegas, NV 89146　　　　　　　　　　Nevada Bar No. 13731
*Attorney for Plaintiff*　　　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
MICHAEL BALL　　　　　　　　　　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　WALGREENS CO. d/b/a WALGREENS

## ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.  By March 25, 2021, the parties must file either dismissal documents or an additional joint status report concerning the status of settlement.

_____
UNITED STATES MAGISTRATE JUDGE

4814-3786-8254.1　　　　　　　　2

