JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Josh.aicklen@lewisbrisbois.com
david.avakian@lewisbrisbois.com
micah.walker@lewisbrisbois.com
Attorneys for Defendant
WALGREEN, CO. d/b/a
WALGREENS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BALL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a foreign corporation d/b/a WALGREENS #50311; DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02081<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among Plaintiff MICHAEL BALL, through his counsel of record, LAW OFFICE OF KEVIN R. HANSON, and Defendant WALGREEN CO. d/b/a WALGREENS, by and through its counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against

Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 3rd day of February 2021.　　　DATED this 3rd day of February, 2021.

LAW OFFICES OF KEVIN R. HANSEN　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

_____　　　_____
KEVIN R. HANSEN, ESQ.　　　JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 006336　　　Nevada Bar No. 007254
AMY M. WILSON　　　DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 013421　　　Nevada Bar No. 009502
5440 W. Sahara Ave., Suite 206　　　MICAH K. MTATABIKWA-WALKER, ESQ.
Las Vegas, NV 89146　　　Nevada Bar No. 13731
*Attorney for Plaintiff*　　　6385 S. Rainbow Boulevard, Suite 600
MICHAEL BALL　　　Las Vegas, Nevada 89118
　　　*Attorneys for Defendant*
　　　WALGREENS CO. d/b/a WALGREENS

### ORDER

**IT IS SO ORDERED.**

Dated this 12th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

4815-0705-4042.1

2